FILED

SEP 15 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:26CR00412 |
| | ) | Title 18, United States Code, |
| WILLIAM A. KEENER, | ) | Section 922(g)(1) and 924(a)(8), |
| | ) | 922(o) and 924(a)(2) |
| Defendant. | ) | |

**JUDGE FLEMING**

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about July 3, 2026, in the Northern District of Ohio, Eastern Division, Defendant WILLIAM A. KEENER, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Felonious Assault and Discharge of a Firearm Near a Prohibited Premises, on or about May 5, 2011, in Case Number CR-11-546039, in Cuyahoga County Court of Common Pleas, knowingly possessed firearms, to wit: a Glock, model 22, .40 caliber pistol, serial number BXAD746; a Glock, model 43X, 9mm pistol, serial number BNUS142; and a Glock, model 19, 9mm pistol, serial number BGFZ095, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 2
(Illegal Possession of a Machinegun, 18 U.S.C. § 922(o) and 924(a)(2))

The Grand Jury further charges:

2. On or about July 3, 2026, in the Northern District of Ohio, Eastern Division, Defendant WILLIAM A. KEENER did knowingly and unlawfully possess a firearm as defined in Title 26, United States Code, Section 5845(a)(6), that is, a machinegun within the meaning of Title 26, United States Code, Section 5845(b), and more particularly described as a Glock, model 22, .40 caliber pistol, serial number BXAD746, with an affixed machinegun conversion device, a combination of parts designed and intended for use in converting a weapon into a machinegun, modified to shoot automatically, more than one shot, without manual reloading, by a single function of a trigger, in violation of Title 18, United States Code, Section 922(o) and 924(a)(2).

FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant WILLIAM A. KEENER, shall forfeit to the United States all firearms involved or used in the commission of the federal firearm violation charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.